**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| MICHAEL CHAVARRIA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. 01:10-cv-01526 |
| v. | ) | |
| | ) | Judge Dee D. Drell |
| CATAVOY COTTON GIN, LLC, et al., | ) | |
| | ) | Magistrate Judge Kirk |
| Defendants. | ) | |
| | ) | |

**PROPOSED PLAN OF WORK**

On May 9, 2011, the following individuals participated in a meeting by telephone during which this Plan of Work was formulated:

Melody Fowler-Green
Attorney for Plaintiffs
mfgreen@trla.org

J.W.Seibert, III
Attorney for Defendant Catavoy Cotton Gin, LLC
jwsplc@bellsouth.net

Philip A. LeTard, Sr.
Attorney for Defendant Roger Johnson
palletard@aol.com

**PART A**

Based on the information now reasonably available, the parties have agreed upon the following:

1. November 18, 2011              Deadline for completion of discovery

2. December 19, 2011              Final date for filing dispositive motions

3. August 19, 2011              Final date for adding parties

4. September 19, 2011              Final date for filing amended pleadings

5. July 19, 2011              Final date for employing experts

6. <u>September 19, 2011</u>                 Final date for exchanging reports of experts

7. <u>November 18, 2011</u>                 Final date for taking depositions of experts

8. <u>May 30, 2011</u>                 Date disclosures under Fed. R. Civ. P. 26(a) were
                                                 made or will be made

9.  Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters:

<u>No changes need be made.  The parties do not consent to trial by the magistrate.</u>

### PART B

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process:

<u>The parties agree to work together to arrange mutually agreeable times and locations for depositions of Plaintiffs, taking into account the fact that they reside permanently in South Texas and are migrant workers.</u>

Respectfully Submitted,


 **/s/ Melody Fowler-Green**
Melody Fowler-Green
Tennessee Bar No. 023266

SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, Tennessee 37217
Telephone: 615.750.1200
Facsimile: 615.366.3349
Email: mfgreen@trla.org
*Attorney for Plaintiffs*


 **/s/ J.W. Seibert, III**
J.W. Seibert, III
Louisiana Bar Roll No. 11919

P.O. Box 2038
Vidalia, Louisiana  71373
Telephone: 318.336.9676
Facsimile: 318.336.2978
Email: jwsplc@bellsouth.net
*Attorney for Defendant Catavoy Cotton Gin, LLC*

 **/s/ Philip A. LeTard, Sr.**
Phillip A. LeTard, Sr.
Louisiana Bar Roll No. 08542

P.O. Box 187
Vidalia, Louisiana 71373
Telephone: 318.336.8990
Facsimile: 318.336.5464
Email: palletard@aol.com
*Attorney for Defendant Roger Johnson*