**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **MICHAEL CHAVARRIA and RAMIRO CONDE, JR., Plaintiffs** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 01:10-CV-01526 DEFENDANTS RESPONSE TO FIRST SET OF REQUESTS FOR PRODUCTION** |
| **CATAVOY COTTON GIN, LLC And ROGER JOHNSON, Defendants.** | ) | |

---

# EXHIBIT "G"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Dept of Labor
Southwest Regional Office
Federal Building
525 S. Griffin St., Ste 800
Dallas, TX 75202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
12 MAR 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*
7006 2150 0002 6197 5261

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New Orleans LA District Office
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3/12/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*
7006 2150 0002 6197 5254

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

DALLAS TX 75202

| | | |
|---|---|---|
| Postage | $ $0.39 | 0696 |
| Certified Fee | $2.40 | 01 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.64 | 03/07/2007 |

Sent To: U.S. Dept of Labor Southwest Regional Office
Street, Apt. No.; or PO Box No.: Federal Building 525 S. Griffin St., Ste 800
City, State, ZIP+4: Dallas, TX 75202

PS Form 3800, August 2006 See Reverse for Instructions

7006 2150 0002 6197 5261

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

NEW ORLEANS LA 70130

| | | |
|---|---|---|
| Postage | $ $0.39 | 0696 |
| Certified Fee | $2.40 | 01 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.64 | 03/07/2007 |

Sent To: New Orleans LA District Office
Street, Apt. No.; or PO Box No.: F Edward Hebert Building 600 S Maestri Place
City, State, ZIP+4: New Orleans, LA 70103

PS Form 3800, August 2006 See Reverse for Instructions

7006 2150 0002 6197 5254

REMITTER

Catavoy Cotton Gin, LLC.

CATAHOULA ~LaSALLE BANK
JONESVILLE, JENA & HARRISONBURG

023224

84-191/1111

03-07-2007
DATE

PAY TO THE ORDER OF Wage & Hour Division, U. S. Department of Labor $ 825.00

Catahoula - LaSalle BANK $825dols 00cts

OFFICIAL CHECK

VOID OVER $825.00

MEMBER FDIC

⑈023224⑈ ⑆111101911⑆ 01 2358 7⑈

**U.S. Department of Labor**

Employment Standards Administration
Wage and Hour Division
F Edward Hebert Building
600 South Maestri Place
Room 615
New Orleans, LA 70130
504-589-6171

February 28, 2007

RETURN RECEIPT REQUESTED: 7001 0320 0004 9682 7463

Mr. Roger Johnson, Manager
Catavoy Cotton Gin, LLC
P. O. Box 386
Jonesville, LA 71343

Subject: Assessment of Civil Money Penalty for MSPA Violations against Catavoy Cotton Gin, LLC dba Catavoy Cotton Gin, LLC

Case File No.: 1460230 (2007-260-04565)

Dear Mr. Johnson:

An investigation of your operation under the Migrant and Seasonal Agricultural Worker Protection Act (MSPA) covering the period 07/01/2005 to 11/30/2006 disclosed that you failed to comply with the Act. As a result of these violations and pursuant to Section 503(a) of the Act and 29 CFR Part 500, a civil money penalty is hereby assessed. The specific violation(s) and the amount assessed for the violation(s) is set forth on the attached.

The total civil money penalty assessed is $825.00.

The amount is due and payable within 30 days to "Wage and Hour Division, U.S. Department of Labor". Payment by certified check or money order should be mailed to Southwest Regional Office, Federal Building, 525 S. Griffin Street, Suite 800, Dallas, TX 75202. The fact that a penalty is being assessed for the MSPA violations found at this time does not preclude the taking of other enforcement action as is deemed appropriate by the Department of Labor, or the additional assessment of a penalty for violations of the MSPA provisions found at some future time.

This debt is subject to the assessment of interest, administrative cost charges and penalties in accordance with the Debt Collection Act of 1982 and departmental policies. Interest will be assessed at the Treasury Tax and loan account rate on any balance outstanding from the date of this notice, accruing from the notice date. This rate is currently 4 %. Administrative cost charges will be assessed to help defray the Government's cost of collecting this debt. A penalty at the rate of 6 % will be assessed on any portion of the debt remaining delinquent for more than 90 days. In order to avoid these charges, forward payment to the Regional Office listed above by the indicated due date.

You have the right to request a hearing on the determination that any or all of the violations occurred. Such request must be in writing; must contain specific reasons why you believe that the violations for which you have been charged did not occur; and must be filed within 30 days from the date of this letter with the Administrator, Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, in care of the originator of this letter at the address list in the letterhead above.

Procedure for filing a request for a hearing is provided in 29 CFR 500.212. **If a request for a hearing is not received within the time specified, the determination of the Administrator shall become the final and unappealable Order of the Secretary.**

We would like to call to your attention that when a request for a hearing is filed with the Wage and Hour Administrator, the matter is referred to the Chief Administrative Law Judge. A formal hearing is then scheduled for a final determination with respect to the alleged violation(s). At such hearing you may, by yourself or through an attorney retained by you, present such
witnesses, introduce such evidence and establish such facts as you believe will support your position.

Copies of the Migrant and Seasonal Agricultural Worker Protection Act and 29 CFR Part 500 are enclosed for your reference and assistance.

Further, we wish to point out that there may be a question as to the deductibility of civil money penalties paid as a business expense under the Internal Revenue Code. In this regard, you may wish to contact the Internal Revenue Service.

If you need additional information, please contact me.

Sincerely,

for

Barbara J. Hicks
District Director

Enclosure: Regulations, Part 500
CMP Computation Worksheet
Housing Violations

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division
F Edward Hebert Building
600 S. Maestri, Room 615
New Orleans, LA 70130

Case ID: 1460230 (2007-260-04565)
ACT: MSPA
EIN: 20-2790070

Trade Name: Catavoy Cotton Gin, LLC
ER Address: P. O. Box 386
Jonesville, LA 71343
Amount Due: $825.00

**THIS SHEET MUST BE INCLUDED WITH PAYMENT**

**YOU MUST WRITE YOUR TAX ID ON YOUR CHECK**

MAIL TO:

Southwest Regional Office
Federal Building
525 S. Griffin Street, Suite 800
Dallas, TX 75202

AMOUNT PAID: $ 825.00

Copy
mailed 3/7/07
by Certified Mail

- - Reg ... Copy - -

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division
F Edward Hebert Building
600 S. Maestri Place, Room 615
New Orleans, LA 70130

Case ID: 1460230 (2007-260-04565)
ACT: MSPA
EIN: 20-2790070

Trade Name: Catavoy Cotton Gin, LLC
ER Address: P. O. Box 386
Jonesville, LA 71343
Amount Due: $825.00

YOU MUST RETURN THIS SHEET TO THE ASSESSING OFFICE

=================================================================

MAIL TO:

New Orleans LA District Office
F Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

AMOUNT PAID: $________________________

DATE OF PMT: ________________________

CHECK NO. ________________________

SIGNATURE: ________________________

- - District Office Copy - -

Copy

List of Violations and Amounts Assessed

1. 01 Fail to disclose conditions to workers $50.00

2. 09 Fail to pay wages when due $0.00

3. 11 Fail to post housing conditions $25.00

4. 12 Fail to ensure housing safety and health $250.00

5. 16 Utilizes services of unregistered FLC $500.00

#5. Unregistered FLC
"$500 fine"
"Premium Contract Labor"
from Georgia wasn't
registered in LA.

Used 3 contract employees from their services
5/7/07

**MSPA CMP Computation Summary Sheet**

**U.S. Department of Labor**
Employment Standards Administration
Wage And Hour Division

Establishment *Catavoy Cotton Gin, LLC* *Catavoy Cotton Gin, LLC*

Address *P. O. Box 386* *116 Delta Gin Road*
*Jonesville* *LA* *71343*

NAIC *115111* Total Employees *36* Case ID *1460230*

Investigator *Joseph Sumrall*

| Violation | Standard/Severity | Amount Recommended |
|---|---|---|
| ***Catavoy Gin Housing - Trailer 1 & 2*** | | |
| Beds, cots or bunks less than 3' apart, and/or less than 12"<br>*Matresses on bare floor. No bed frames.* | Marginal | *$0.00* |
| Electric service available but not supplied to each habitabl<br>*Overhead light fixture hanging down from ceiling in kitchen exposing electrical wiring. No light in bathroom.* | Serious/Corrected | *$250.00* |
| No refuse containers (insect and rodent-proof) provided (29<br>*No trash receptacles in kitchen or outside the facility. Trash kept in open trash bags.* | Marginal | *$0.00* |
| Grounds and open areas not maintained in a clean and sanitar<br>*Open trash bags laying around premises. No trash containers.* | Marginal | *$0.00* |

SubTotal for This Site: $250.00

Total: $250.00

Investigator Signature: Joseph E Sumrall Date: 12/21/06

ADD/DD Reviewer [signature] Date: 02/13/2007

003001

**CATAVOY COTTON GIN, LLC**
P.O. BOX 386
JONESVILLE, LA 71343

CATAHOULA
-LaSALLE
BANK
JONESVILLE/ENA & HARRISONBURG
84-191/1111

3/6/2007

PAY TO THE ORDER OF Catahoula-LaSalle Bank $**830.00

Eight Hundred Thirty and 00/100******************************************************* DOLLARS

Catahoula-LaSalle Bank
301 Mound Street
PO Box 68
Jonesville, LA 71343

MEMO

AUTHORIZED SIGNATURE

Security features are included. Details on back.

⑈003001⑈ ⑆111101911⑆ 01 2703 5⑈

**CATAVOY COTTON GIN, LLC**

Catahoula-LaSalle Bank 3/6/2007 003001

830.00

Catahoula-LaSalle B 830.00

**CATAVOY COTTON GIN, LLC**

Catahoula-LaSalle Bank 3/6/2007 003001

830.00

Catahoula-LaSalle B 830.00

LHS-45 (REV. 4/96)

STATE OF LOUISIANA
DEPARTMENT OF HEALTH AND HOSPITALS
OFFICE OF PUBLIC HEALTH – Sanitarian Services

LOUISIANA
Department of
HEALTH and
HOSPITALS

# INSPECTION OF DAY CARE / RESIDENTIAL FACILITY

PLEASE PRINT OR TYPE

FACILITY NAME: Catavoy Cotton Gin

[ ] DAY CARE
[ ] RESIDENTIAL

ADDRESS: 237, 239 Delta Gin Rd
CITY: Jonesville STATE: LA ZIP: 71343
PHONE: ( )

OWNER / OPERATOR: Catavoy Gin
LICENSE ANNIVERSARY: N/A
LICENSE NO.: N/A

FOOD SERVICE PERMIT NO.:
NO. LICENSED FOR: N/A
NO. IN ATTENDANCE AT TIME OF INSPECTION: -0-

The above named establishment was inspected on this date and the operator's attention is directed to the items below that are marked with **X**

| ITEM | | REMARKS / RECOMMENDATIONS (NUMBER REMARKS TO CORRESPOND WITH CHECKLIST ITEM NUMBERS.) |
|---|---|---|
| 1. Food Service Permit | | |
| 2. Written Policies **21:010** | | |
| 3. Staff Training **21:010-9** | | |
| 4. Building Condition & Repair **Chapt. XVII** | X | Flooring in hallway loose. |
| 5. Lead Poisoning **Chapt. IV** | | |
| 6. Water Supply **Chapt. XII** | | |
| 7. Sewage Disposal **Chapt. XIII** | | |
| 8. Plumbing **Chapt. XIV** & **21:003-5** | | |
| 9. Toilet Training Chairs **21:004** | | |
| 10. Heating / Cooling, Ventilation **21:005** | | Mail: P.O. Box 386 J'ville |
| 11. Lighting **21:006** | | |
| 12. Bedding **21:007** | | |
| 13. Food Preparation **21:008, 21:017** | | |
| 14. Milk **21:009** | | |
| 15. Infection & Disease Control **21:010** | | |
| 16. Cleaning & Disinfection **21:011** | | |
| 17. Coat Hooks / Cubicles **21:012** | | |
| 18. Hazardous Materials / Conditions **21:013** | | |
| 19. Insect / Rodent Proofing **21:014, :015** | | |
| 20. Isolation Area **21:016** | | |
| 21. Infant Area **21:018** | | |
| 22. Diapering Area **21:019** | | |
| 23. Outdoor Play Area **21:020** | | |
| 24. Swimming / Wading Pools **21:021** | | |

Owner / Operator is aware of employee, patient, and client health requirements of the State Sanitary Code, Chapter I, §1:008 and Chapter II, §2:007, 2:022-2:028 and certifies that this facility is in compliance.

[signature]
SIGNATURE OF OWNER / OPERATOR

**INTERIM RECOMMENDATIONS** (Recommendation final ONLY if Form LHS 48 attached.)

License Renewal: ______ Recommended

______ NOT Recommended, REINSPECTION SCHEDULED FOR ______________________
DATE

[signature] 1396
SANITARIAN

8.29.08
DATE

LHS-45 (REV. 4/96)

STATE OF LOUISIANA
DEPARTMENT OF HEALTH AND HOSPITALS
OFFICE OF PUBLIC HEALTH – Sanitarian Services

LOUISIANA
Department of
HEALTH and
HOSPITALS

# INSPECTION OF DAY CARE / RESIDENTIAL FACILITY

PLEASE PRINT OR TYPE

FACILITY NAME: Catavoy Cotton Gin

[ ] DAY CARE
[ ] RESIDENTIAL

ADDRESS: 1202 Delta Gin Rd CITY: Jonesville STATE: LA ZIP: 71343 PHONE: #229 308

OWNER / OPERATOR: Roger Johnson

LICENSE ANNIVERSARY: —

LICENSE NO.: 0216

FOOD SERVICE PERMIT NO.: N/A

NO. LICENSED FOR:

NO. IN ATTENDANCE AT TIME OF INSPECTION:

The above named establishment was inspected on this date and the operator's attention is directed to the items below that are marked with **X**

| ITEM | | REMARKS / RECOMMENDATIONS |
|---|---|---|
| 1. Food Service Permit | | (NUMBER REMARKS TO CORRESPOND WITH CHECKLIST ITEM NUMBERS.) |
| 2. Written Policies **21:010** | | |
| 3. Staff Training **21:010-9** | | No 911 Sign |
| 4. Building Condition & Repair **Chapt. XVII** | | |
| 5. Lead Poisoning **Chapt. IV** | | |
| 6. Water Supply **Chapt. XII** | | more beds on the way |
| 7. Sewage Disposal **Chapt. XIII** | | |
| 8. Plumbing **Chapt. XIV** & **21:003-5** | | |
| 9. Toilet Training Chairs **21:004** | | washer & dryer will be outside |
| 10. Heating / Cooling, Ventilation **21:005** | | |
| 11. Lighting **21:006** | | under Lean-To roof to be built |
| 12. Bedding **21:007** | | |
| 13. Food Preparation **21:008, 21:017** | | |
| 14. Milk **21:009** | | |
| 15. Infection & Disease Control **21:010** | | |
| 16. Cleaning & Disinfection **21:011** | | |
| 17. Coat Hooks / Cubicles **21:012** | | |
| 18. Hazardous Materials / Conditions **21:013** | | |
| 19. Insect / Rodent Proofing **21:014, :015** | | |
| 20. Isolation Area **21:016** | | |
| 21. Infant Area **21:018** | | |
| 22. Diapering Area **21:019** | | |
| 23. Outdoor Play Area **21:020** | | |
| 24. Swimming / Wading Pools **21:021** | | |

Owner / Operator is aware of employee, patient, and client health requirements of the State Sanitary Code, Chapter I, §1:008 and Chapter II, §2:007, 2:022-2:028 and certifies that this facility is in compliance.

Roger E. Johnson
SIGNATURE OF OWNER / OPERATOR

**INTERIM RECOMMENDATIONS** (Recommendation final ONLY if Form LHS 48 attached.)

License Renewal: _____ Recommended

_____ NOT Recommended, REINSPECTION SCHEDULED FOR ________________ DATE

D. Margin SANITARIAN 1 3 5 6

8-23-07 DATE

LHS-45 (REV. 4/96)

STATE OF LOUISIANA
DEPARTMENT OF HEALTH AND HOSPITALS
OFFICE OF PUBLIC HEALTH – Sanitarian Services

LOUISIANA
Department of
HEALTH and
HOSPITALS

# INSPECTION OF DAY CARE / RESIDENTIAL FACILITY

PLEASE PRINT OR TYPE

FACILITY NAME: Catavoy Cotton Gin

[ ] DAY CARE
[ ] RESIDENTIAL

| ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 1202 Delta Gin Rd | [illegible] | [illegible] | [illegible] | [illegible] |

| OWNER / OPERATOR | LICENSE ANNIVERSARY | LICENSE NO. |
|---|---|---|
| Roger Johnson | --- | --- |

| FOOD SERVICE PERMIT NO. | NO. LICENSED FOR | NO. IN ATTENDANCE AT TIME OF INSPECTION |
|---|---|---|
| | --- | |

The above named establishment was inspected on this date and the operator's attention is directed to the items below that are marked with **X**

| ITEM | | REMARKS / RECOMMENDATIONS |
|---|---|---|
| 1. Food Service Permit | | (NUMBER REMARKS TO CORRESPOND WITH CHECKLIST ITEM NUMBERS.) |
| 2. Written Policies **21:010** | | |
| 3. Staff Training **21:010-9** | | 237, 239 |
| 4. Building Condition & Repair **Chapt. XVII** | | 6 people housed in each |
| 5. Lead Poisoning **Chapt. IV** | | Trailer |
| 6. Water Supply **Chapt. XII** | | seasonal workers |
| 7. Sewage Disposal **Chapt. XIII** | | |
| 8. Plumbing **Chapt. XIV** & **21:003-5** | | |
| 9. Toilet Training Chairs **21:004** | | |
| 10. Heating / Cooling, Ventilation **21:005** | | |
| 11. Lighting **21:006** | | |
| 12. Bedding **21:007** | | |
| 13. Food Preparation **21:008, 21:017** | | |
| 14. Milk **21:009** | | |
| 15. Infection & Disease Control **21:010** | | |
| 16. Cleaning & Disinfection **21:011** | | |
| 17. Coat Hooks / Cubicles **21:012** | | |
| 18. Hazardous Materials / Conditions **21:013** | | |
| 19. Insect / Rodent Proofing **21:014, :015** | | |
| 20. Isolation Area **21:016** | | |
| 21. Infant Area **21:018** | | |
| 22. Diapering Area **21:019** | | |
| 23. Outdoor Play Area **21:020** | | |
| 24. Swimming / Wading Pools **21:021** | | |

Owner / Operator is aware of employee, patient, and client health requirements of the State Sanitary Code, Chapter I, §1:008 and Chapter II, §2:007, 2:022-2:028 and certifies that this facility is in compliance.

Roger E. Johnson
SIGNATURE OF OWNER / OPERATOR

**INTERIM RECOMMENDATIONS** (Recommendation final ONLY if Form LHS 48 attached.)

License Renewal: _____ Recommended

_____ NOT Recommended, REINSPECTION SCHEDULED FOR __________
DATE

[illegible] | 1 | 5 | 7 | 6 |
SANITARIAN

[illegible]
DATE