UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL CHAVARRIA and<br>RAMIRO CONDE, JR.,<br>    Plaintiffs<br><br>v.<br><br><br>CATAVOY COTTON GIN, LLC<br>And ROGER JOHNSON,<br>    Defendants. | )<br>)<br>)<br>)    CIVIL ACTION NO. 01:10-CV-01526<br>)    DEFENDANTS RESPONSE TO<br>)    FIRST SET OF REQUESTS FOR<br>)    PRODUCTION<br>)<br>)<br>)<br>)<br>) |

# EXHIBIT "H"

# Housing Occupancy Certificate
## Migrant and Seasonal Agricultural Worker Protection Act

**U.S. Department of Labor**
Employment Standards Administration
Wage & Hour Division



NOTE: Persons are not required to respond to this collection of information unless it displays a currently valid OMB control Number.

OMB No. 1215-0155
Expires: 06-30-05

### A. Identifying Information

1. Location of housing inspected: Catavoy Gin Housing - Trailer 1 & 2, 116 Delta Gin Road, Jonesville LA 71343

Description of housing units and number of units:
Catavoy Cotton Gin, LLC - Trailer 1 & 2                    2 Units

2a. Name and address of owner of housing units:
Cattavoy Cotton Gin, LLC
116 Delta Gin Road
Jonesville, LA   71343

3a. Name and address of individual(s) in charge:
Roger Johnson
116 Delta Gin Road
Jonesville, LA   71343

b. Phone: 318-339-8859

b. Phone: 318-339-8859

4a. Name and Address of Farm Labor Contractor, if any:

5. Date inspection was requested:

6. Expected dates of occupancy:
From: 08/15/2006
To: 12/15/2006

b. Registration No.

### B. Certification

The housing identified above has been inspected by the undersigned and found to meet the substantive safety and health standards prescribed in one of the following Department of Labor regulations.

[✓] 29 CFR 1910.142 Occupational Safety and Health Administration Regulations
[ ] 29 CFR 654 Employment and Training Administration Regulations

The definition of substantive safety and health standards is given in 29 CFR 500.133

Date of Inspection: 11/28/2006

Date certificate expires: 11/29/2007

Maximum occupancy   8

Special Conditions (if none, write none):

District Office Address:
New Orleans LA District Office
F Edward Hebert Building
600 South Maestri Place

Joseph Sumrall, Wage & Hour
(Signature and Title of Person Issuing Certificate)

11/30/2006
(Date Issued)

Important Notice: A copy of this certificate must be posted at the site of the housing identified above. This certificate is valid for one year from the date of issuance. If after one year from the date of this certificate the property identified above is to be utilized to house migrant workers, a new certificate must be requested.

The original of this certificate must be kept as a record for three years from the date of issuance.

This inspection certificate does not relieve an person from compliance with any applicable State, county or local ordinance. Receipt and posting of this certificate of occupancy does not relieve the persons who own or control this facility or property from the responsibility of ensuring that such facility or property meets the applicable State or Federal safety and health standards. Once such facility or property is occupied, such person shall supervise and continually maintain such facility or property to ensure that it remains in compliance with the applicable safety and health standards.

### Public Burden Statement

Public reporting burden for this collection of information is estimated to average 3 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Administrator, Wage and Hour Division, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.   DO NOT SEND THE COMPLETED FORM TO THIS OFFICE

# Housing Occupancy Certificate
## Migrant and Seasonal Agricultural Worker Protection Act

# U.S. Department of Labor
Employment Standards Administration
Wage & Hour Division



NOTE: Persons are not required to respond to this collection of Information unless it displays a currently valid OMB control Number.

OMB No. 1215-0155
Expires: 06-30-05

## A. Identifying Information

**1. Location of housing inspected:** Catavoy Gin Housing - Trailer 1 & 2, 116 Delta Gin Road, Jonesville LA 71343

**Description of housing units and number of units:**
Catavoy Cotton Gin, LLC - Trailer 1 & 2                                          2 Units

**2a. Name and address of owner of housing units:**
Cattavoy Cotton Gin, LLC
116 Delta Gin Road
Jonesville, LA 71343

**b. Phone:** 318-339-8859

**3a. Name and address of individual(s) in charge:**
Roger Johnson
116 Delta Gin Road
Jonesville, LA 71343

**b. Phone:** 318-339-8859

**4a. Name and Address of Farm Labor Contractor, if any:**

**b. Registration No.**

**5. Date inspection was requested:**

**6. Expected dates of occupancy:**
From: 08/15/2006
To: 12/15/2006

## B. Certification

The housing identified above has been inspected by the undersigned and found to meet the substantive safety and health standards prescribed in one of the following Department of Labor regulations.

- [x] 29 CFR 1910.142 Occupational Safety and Health Administration Regulations
- [ ] 29 CFR 654 Employment and Training Administration Regulations

The definition of substantive safety and health standards is given in 29 CFR 500.133

**Date of Inspection:** 11/28/2006
**Date certificate expires:** 11/29/2007
**Maximum occupancy:** 8

**Special Conditions (if none, write none):**

**District Office Address:**
New Orleans LA District Office
F Edward Hebert Building
600 South Maestri Place

_Joseph E Sumrall_ (signature)
Joseph Sumrall, Wage & Hour
(Signature and Title of Person Issuing Certificate)

11/30/2006
(Date Issued)

Important Notice: A copy of this certificate must be posted at the site of the housing identified above. This certificate is valid for one year from the date of issuance. If after one year from the date of this certificate the property identified above is to be utilized to house migrant workers, a new certificate must be requested.

The original of this certificate must be kept as a record for three years from the date of issuance.

This inspection certificate does not relieve an person from compliance with any applicable State, county or local ordinance. Receipt and posting of this certificate of occupancy does not relieve the persons who own or control this facility or property from the responsibility of ensuring that such facility or property meets the applicable State or Federal safety and health standards. Once such facility or property is occupied, such person shall supervise and continually maintain such facility or property to ensure that it remains in compliance with the applicable safety and health standards.

### Public Burden Statement

Public reporting burden for this collection of information is estimated to average 3 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Administrator, Wage and Hour Division, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.   DO NOT SEND THE COMPLETED FORM TO THIS OFFICE